JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRINA MALILAY,<br><br>    Plaintiff,<br><br>    vs.<br><br>DELTA AIR LINES, INC., a Delaware corporation; HENRY KUYKENDALL, an individual; and DOES 1 through 250, inclusive,<br><br>    Defendants. | Case No. CV12-1525 JFW (MRWx)<br><br>**ORDER RE STIPULATION FOR DISMISSAL**<br><br>Complaint Filed: December 30, 2011 |

**PURSUANT TO STIPULATION, IT IS ORDERED** that this matter be dismissed with prejudice in accordance with the terms of the Stipulation.

Dated: March 16, 2012

                                                      _____
                                                      Hon. John F. Walter